DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AZHAR RANA<br><br>Defendant(s). | Criminal No.  21-527<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant  AZHAR RANA                              .

Date:  October 14, 2021

RACHAEL A. HONIG
Acting United States Attorney

By:   Jennifer S. Kozar
　　　Assistant U.S. Attorney