# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| V. | * Criminal No.: 21-527 |
| **AZHAR RANA** | * Defense Sentencing Submission Notice |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

Please be advised that, on this date, the Defendant Azhar Rana through undersigned counsel submitted sentencing materials to the Court.

_____/s/_____

Date:   October 19, 2021

William B. Purpura

Purpura & Purpura
8 E. Mulberry Street
Baltimore, Maryland 21202
410.727.8550
Fed Bar # 00074