# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

**Judge: Esther Salas**

Court Reporter: Mary Jo Monteleone

Date: December 14, 2021

Deputy Clerk: Elisaveta Kalluci

**Title of Case:**

Docket # **Cr. 21-527 (ES)**

U.S.A. v. AZHAR RANA

**Appearances:**

Carolyn Silane, AUSA, for the govt.
William Purpura, Esq., for the deft.
Randi Martorano, U.S. Probation Office.

**Nature of Proceedings:**   SENTENCING HEARING

Defendant present.
Defendant committed to the custody of the BOP for a term of (64) months on each of Counts One and Two, such terms to be served concurrently. Supervised release for a term of (5) years, consisting of 5 years on Count 1 and a term of 3 years on Count 2, all such terms to run concurrently.

**Special Conditions:**
1) DRUG TESTING AND TREATMENT
2) FINANCIAL DISCLOSURE
3) NEW DEBT RESTRICTIONS
4) COOPERATION WITH IMMIGRATION AND CUSTOMS ENFORCEMENT
5) MENTAL HEALTH TREATMENT
6) SELF-EMPLOYMENT/BUSINESS DISCLOSURE

Fine waived.
Restitution: $5,582,473.00 due immediately.
Special Assessment: $200.00 due immediately.
Defendant advised of his rights to appeal.
Ordered defendant remanded.

Time Commenced:  12:40 p.m.
Time Adjourned:  1:40 p.m.
Total Time: 1.00

Elisaveta Kalluci
Courtroom Deputy